UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VERA TAYLOR, | ) |
| | ) |
| Plaintiff, | )  Civil Action File No.: |
| | )  _____ |
| v. | ) |
| | ) |
| DASEKE, INC. and GLENN MCINTYRE, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF REMOVAL

**TO:   PLAINTIFF'S COUNSEL**

Christopher R. Abrego
The Abrego Law Firm, LLC
1040 Crown Pointe Parkway
Suite 800
Atlanta, GA, 30338
cra@abregolawfirm.com

Sheryl L. Burke
Law Office of Sheryl L. Burke
1137 Ponce De Leon Avenue
Unit 3
Atlanta, GA 30306
sheryl@sherylburke.com

**PLEASE TAKE NOTICE** that Defendants Daseke, Inc. and Glenn McIntyre, by and through their undersigned counsel of record, and pursuant to

U.S.C. §§ 1441 and 1332, file this Notice of Removal of this action from the State Court for the County of Dekalb, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, Daseke, Inc. and Glenn McIntyre have filed contemporaneously herewith its Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, Defendants Daseke, Inc. and Glenn McIntyre respectfully request that this Court enter an Order removing this action from the State Court for the County of Dekalb, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 28th day of October, 2020.

                                        MOSELEY MARCINAK LAW GROUP, LLP

                                        */s/ Blair J. Cash*
                                        Blair J. Cash, Esq.
                                        Georgia Bar No. 360457
                                        blair.cash@momarlaw.com
                                        *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

# CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D). Specifically, counsel certifies that he has used 14-point Times New Roman as the font in these documents.

                              MOSELEY MARCINAK LAW GROUP, LLP

                              */s/ Blair J. Cash*
                              Blair J. Cash, Esq.
                              Georgia Bar No. 360457
                              blair.cash@momarlaw.com
                              *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Christopher R. Abrego
The Abrego Law Firm, LLC
1040 Crown Pointe Parkway
Suite 800
Atlanta, GA, 30338
cra@abregolawfirm.com

Sheryl L. Burke
Law Office of Sheryl L. Burke
1137 Ponce De Leon Avenue
Unit 3
Atlanta, GA 30306
sheryl@sherylburke.com

Bradley S. Wolff
Swift, Currie, McGhee & Heirs, LLP
The Peachtree, Suite 300
1355 Peachtree St NE
Atlanta, GA 30309-3231
brad.wolff@swiftcurrie.com

This the 28th day of October, 2020.

MOSELEY MARCINAK LAW GROUP, LLP

/s/ Blair J. Cash
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
*Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)